

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00260-CV

Kafai **LEE**,
Appellant

v.

Kenneth **LAU**, Connie Andrews, and Golden Wok, LTD.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12940
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellee's motion to stay appellate deadlines pending mediation is GRANTED IN PART. Because mediation is scheduled on November 10, 2015, instead of staying appellate deadlines, we will extend the deadline for appellee's brief. We ORDER that appellee's brief is due on or before December 10, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court